## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK WHEEL OWNER LLC, | Case No. 17-cv-4026-JMF |
| Plaintiff, | |
| v. | **NOTICE OF MOTION TO DISMISS** |
| MAMMOET-STARNETH LLC, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Jonathan S. Jemison, dated August 11, 2017, and the exhibits thereto, the Memorandum in Support of Defendant Mammoet-Starneth LLC's Motion to Dismiss, and all prior pleadings and proceedings herein, defendant Mammoet-Starneth LLC will move this Court, before the Honorable Jesse M. Furman, United States District Judge, Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order dismissing ,with prejudice, the claims asserted in Counts 2, 8, 9, and 11 of plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

Date: August 11, 2017
     New York, N.Y.

DENTONS US LLP

By:    */s/ Philip R. White*
       Philip R. White
       phil.white@dentons.com
       Anthony B. Ullman
       anthony.ullman@dentons.com
       Jonathan S. Jemison
       jonathan.jemison@dentons.com
       1221 Avenue of the Americas
       New York, NY 10020-1089
       Telephone: (212) 768-6700
       Facsimile: (212) 768-6800
       *Attorneys for Defendant*
       *Mammoet-Starneth LLC*