# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK WHEEL OWNER LLC,<br><br>                         Plaintiff,<br><br>v.<br><br>MAMMOET-STARNETH LLC, MAMMOET USA NORTH INC., STARNETH LLC, MAMMOET HOLDING B.V., and STARNETH B.V.,<br><br>                         Defendants. | Case No. 17-cv-4026-JMF<br><br>**NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Jonathan S. Jemison, dated September 22, 2017, and the exhibits thereto, the Memorandum in Support of Defendant Mammoet-Starneth LLC's Motion to Dismiss Counts 4, 11, 12 and 15-18 of the Amended Complaint, and all prior pleadings and proceedings herein, defendant Mammoet-Starneth LLC will move this Court, before the Honorable Jesse M. Furman, United States District Judge, Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order dismissing ,with prejudice, the claims asserted in Counts 4, 11, 12, and 15-18 of plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

Date:  September 22, 2017
       New York, N.Y.

                                                  DENTONS US LLP

                                        By:    */s/ Philip R. White*
                                                      Philip R. White
                                                      phil.white@dentons.com
                                                      Anthony B. Ullman
                                                      anthony.ullman@dentons.com
                                                      Jonathan S. Jemison
                                                     jonathan.jemison@dentons.com
                                                      1221 Avenue of the Americas

New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
*Attorneys for Defendant*
*Mammoet-Starneth LLC*