UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                            :

NEW YORK WHEEL OWNER LLC et al.,        :

                      Plaintiffs,     :        17-CV-4026(JMF)

                                  :

         -v-                :          <u>REVISED</u>

                                  :      <u>SCHEDULING ORDER</u>

MAMMOET-STARNETH LLC et al.,       :

                                  :

                    Defendants.    :

                                  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       IT IS HEREBY ORDERED that the pretrial conference in this matter, previously scheduled for **December 18, 2020** is RESCHEDULED for **January 10, 2020**, at **3:00 p.m.** in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

       The parties must file on ECF no later than **Thursday, January 2, 2020,** a joint letter, the contents of which is described in the Court's order scheduling the initial pretrial conference (ECF No. 46), as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter. The Rule 26(f) conference must take place no later than **three weeks before the date of pretrial conference**.

       Plaintiffs' request for leave to file a sur-reply is DENIED.

       The Clerk of Court is directed to terminate ECF Nos. 224 and 227.

       SO ORDERED.

Dated: November 18, 2019
      New York, New York                       _____
                                             JESSE M. FURMAN
                                 United States District Judge