UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
NEW YORK WHEEL OWNER LLC, et al., :
:
                Plaintiffs, :
:   17-CV-4026 (JMF)
    -v- :
:   ORDER
MAMMOET HOLDING B.V., et al., :
:
                Defendants. :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On November 19, 2020, the parties filed a joint letter indicating that they disagree over the production of certain documents pertaining to a potential motion for sanctions in this case. *See* ECF No. 306. Defendants — who seek documents responsive to seven document requests — are hereby ORDERED to file any motion to compel production, supported by a brief not to exceed ten pages, on or before **December 2, 2020**. Plaintiffs shall file any opposition, also not to exceed ten pages, by **December 9, 2020**. Absent leave of Court, no reply will be permitted. **Within one week of the Court's ruling on the motion to compel or, if the motion is granted, within one week of such discovery being produced**, the parties shall file a joint letter proposing a briefing schedule for any motion for sanctions (or other next steps).

      In light of the foregoing, the conference previously scheduled for November 23, 2020, is CANCELED.

      SO ORDERED.

Dated: November 20, 2020                      _____
      New York, New York                     JESSE M. FURMAN
                                                    United States District Judge