UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
NEW YORK WHEEL OWNER LLC, et al.,                  :
:
Plaintiffs,              :
:          17-CV-4026 (JMF)
-v-                              :
:              ORDER
MAMMOET-STARNETH LLC, et al.,                       :
:
Defendants.             :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed, and for the reasons stated, on the record during today's telephone conference:

1. Defendants' motion to compel discovery, ECF No. 312, is DENIED without prejudice.

2. No later than **January 12, 2021**, Defendants shall advise Plaintiffs if they intend to bring a motion for sanctions. If Defendants intend to bring a motion for sanctions, the parties must confer and file a joint letter no later than **January 15, 2021**, proposing a briefing schedule that would include a deadline by which Plaintiffs must elect whether to invoke an advice-of-counsel defense and — if appropriate — a deadline by which additional discovery would be produced. If Defendants do not intend to bring a motion for sanctions, they must promptly file a letter on ECF so advising the Court.

The Clerk of Court is directed to terminate ECF No. 312.

SO ORDERED.

Dated: January 6, 2021
New York, New York
                                          _____
                                                    JESSE M. FURMAN
                                              United States District Judge